James K. Schultz, Esq. (SBN 309945)
Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619-758-1891
Fax:   877-334-0661
jschultz@sessions.legal
dkirkpatrick@sessions.legal
drichard@sessions.legal

Attorneys for Diversified Consultants, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH CORSI, an individual,<br><br>            Plaintiff,<br><br>     vs.<br><br>DIVERSIFIED CONSULTANTS, INC.; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>            Defendant. | Case No.:<br><br>NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)<br>[FEDERAL QUESTION] |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE THAT defendant Diversified Consultants, Inc. ("DCI") hereby removes to this Court the state court action described below.

1.     This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. § 1441(a) in that it arises under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* and the Telephone Consumer Protection Act, 47 U.S.C. § 227.

2.     On or about February 28, 2019, the action was commenced by Plaintiff Keith Corsi ("Plaintiff") in the Superior Court of the State of California, County of Sacramento, captioned, *Keith Corsi v. Diversified Consultants, Inc.*, Case No. 34-2019-00251521 (the "State Court Action").  A copy of the Summons and Complaint ("Complaint") is attached hereto as Exhibit A.

3.     District courts have federal question jurisdiction over "all civil actions arising under the Constitution, laws or treaties of the United States."  28 U.S.C. § 1331.  This Court has jurisdiction under 28 U.S.C. § 1331 because Plaintiff's claim arises under the laws of the United States.  Further, this Court may exercise supplemental jurisdiction of any related state law claims pursuant to 28 U.S.C. § 1367.

4.     DCI was served with a copy of the Complaint on April 2, 2019.  Thus, pursuant to 28 U.S.C. § 1446(b), DCI has timely filed this Notice of Removal within thirty days.

5.    A copy of this Notice of Removal is being served upon Plaintiff and will be filed in the State Court Action.

6.    The State Court Action is located within the Eastern District of California. Therefore, venue for purposes of removal is proper because the United States District Court for the Eastern District of California embraces the place in which the removed action was pending. 28 U.S.C. § 1441(a).

7.    Removal of the State Court Action is therefore proper under 28 U.S.C. §§ 1441 and 1446.

Dated: 4/26/19              SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                                      */s/Debbie P. Kirkpatrick*
                                      Debbie P. Kirkpatrick
                                      Attorneys for Defendant
                                      Diversified Consultants, Inc.